No. 426, Misc. WARRINER *v.* FINK ET AL. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Irving B. Levenson* for respondents.

No. 434, Misc. SCHATZ *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 2d Cir. Certiorari denied. *J. Stanley Shaw* for petitioner. *Acting Solicitor General Spritzer* for respondent. ▮

No. 444, Misc. WHITE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Spritzer* for the United States. ▮

No. 445, Misc. CHOY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. ▮

No. 463, Misc. PHERIBO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. ▮

No. 29, Misc. MCFADDEN *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for respondent. ▮

No. 103, Misc. DAVIS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.